UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 3:26-cr-506-M |
| | § | |
| JUAN ONOFRE-NAVARRETE, | § | |
| | § | |
| *Defendant*. | § | |
| | § | |

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY**

After reviewing all relevant matters of record, including the Report and Recommendation Concerning Plea of Guilty of the United States Magistrate Judge, and no objections having been filed within 14 days of service in accordance with 28 U.S.C. § 636(b)(1), the Court **ACCEPTS** the Report and Recommendation of the Magistrate Judge concerning the Plea of Guilty. Accordingly, **JUAN ONOFRE-NAVARRETE** is hereby adjudged guilty of **Count One of the Indictment**, that is **Illegal Reentry After Removal from the United States**, in violation of **8 U.S.C. § 1326(a)**. The Court will impose the sentence in accordance with the Court's Scheduling Order.

☒ The defendant is ordered to remain in custody.

☐ The Court adopts the findings of the United States Magistrate Judge by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released and should therefore be released under § 3142(b) or (c).

☐ Upon motion, this matter shall be set for hearing before the United States Magistrate Judge who set the conditions of release for determination, by clear and convincing evidence, whether the defendant is likely to flee or pose a danger to any other person or the community if released under § 3142(b) or (c).

☐ The defendant is not ordered detained pursuant to 18 U.S.C. § 3143(a)(2) pending determination of whether it has been clearly shown that there are exceptional circumstances under § 3145(c) why the defendant should not be

detained under § 3143(a)(2), and whether it has been shown by clear and convincing evidence that the defendant is not likely to flee or pose a danger to any other person or the community if released under § 3142(b) or (c). This matter shall be referred to the United States Magistrate Judge who set the conditions of release.

**IT IS SO ORDERED** this 28th day of October, 2026

Kasdin M. Mitchell

KASDIN M. MITCHELL
UNITED STATES DISTRICT JUDGE